```
              DISTRICT COURT OF THE VIRGIN ISLANDS
                DIVISION OF ST. THOMAS AND ST. JOHN

IDA SMITH,                                  )
                                            )
                Plaintiff,                  )
                                            )
           v.                               )
                                            )
ALL PERSONS CLAIMING A PRESENT OR           )
FUTURE INTEREST IN ESTATE 13,               )
FRIIS, LINDA V. SMITH-FRANCIS,              )
WILLIAM E. SMITH, ELOISE V. SMITH-          )
HENDRICKS, BAB FRIIS NO. 1, PAUL            )
HOFFMAN, JANE HOFFMAN-WALKER,               )
ELEANOR ADAMS HOFFMAN, MAXWELL              )
ADAMS HOFFMAN, GLORIA FRANCOIS              )
MCGOWAN, DAVID A. BORNN AS TRUSTEE          )
TO THE GAF TRUST ESTATE 14 JOHN'S           )
FOLLY EXCLUDING ALL HEIRS AT LAW,           )       Civil No. 2011-41
ESTATE 15 CONCORDIA A, CORAL BAY            )
QUARTER, ST JOHN UNITED STATES              )
VIRGIN ISLANDS, NATIONAL PARK               )
SERVICE, LAND RESOURCES DIVISION,           )
DEPARTMENT OF INTERIOR, THE UNITED          )
STATES OF AMERICA, STANLEY                  )
SELENGUT, WILLIAM B. POPPELTON,             )
LORRAINE A. POPPELTON, KEVIN M.             )
WALSH, MARIA K. STURATIS, SCOTT E.          )
WILMOSKI, CHARLES M. PERDUE,                )
MONICA PERDUE, JOZSEF NEMETH,               )
NANCY NEMETH, FRED S. PATTERSON,            )
MARGARET D. PATTERSON, JOHN R.              )
PERGOLIZZI, TREASURE VIEW LLC,              )
GEORGE PILLORGE, DEBORAH PILLORGE,          )
SCOTT L. HARTSHORN, CLAUDETTE C.            )
HARTSHORN, HEINZ G. FISHER, LINDA           )
G. BURDET TRUSTEES OF THE HEINZ G.          )
FISHER TRUST, DONALD DURANTE,               )
SAFIA B. DURANTE, CRAIG E.                  )
MITCHELL, ALAN MARTIN KAUFMAN,              )
RACHELLE KAUFMAN, JEFFREY J.                )
McCRAVE, ANN McCRAVE, DOROTHY K.            )
JANOSKO, WILLIAM R. KINCER, SUSAN           )
B. KINCER, SUSAN GREER                      )
LITTLEFIELD, WAYNE CHESTERFIELD,            )
MONIQUE FRANCOIS, PEDRITO                   )
```

*Smith v. All Persons Claiming a Present or Future Interest, et al.*
*Civil No. 2011-41*
*Order*
*Page 2*

```
FRANCOIS, SALT POND VISTA LLC,         )
V.I. JOSEPH PALMINTERI, CARRIE         )
GLENN, MARC KAVE, EMILY J.             )
BRATTON, RICK HATHAWAY, RENE A.        )
SERVANT aka RENE H. SERVANT, MARIE     )
THERESE L. SERVANT, LORI JANE          )
SNACK, BRIAN K. WALDEN,                )
MINISTER ISHMAEL R. MUHAMMED,          )
MICHAEL CARPER, REUBEN WHEATLEY,       )
et al.,                                )
                    Defendants.        )
                                       )
```

**APPEARANCES:**

**Ida Smith**
New York, NY
    *Pro se plaintiff,*

**Ronald W. Sharpe, USA**
**Jason Cohen, AUSA**
St. Thomas, VI
    *For the United States National Park Service,*

**Maria Tankenson Hodge, Esq.**
Hodge & Francois
St. Thomas, U.S.V.I.
    *For Paul Hoffman; Jane Hoffman Walker; and David A. Bornn,*
    *Trustee of the GAF Trust,*

**Rafael F. Muilenburg, Esq.**
Morrisette & Muilenburg
St. John, U.S.V.I.
    *For William E. Smith; Eloise V. Smith; Deborah Pillorge;*
    *Claudette C. Hartshorn; Scott L. Hartshorn; Linda V. Smith-*
    *Francis; and George Pillorge,*

**Gloria McGowan**
    *Pro se,*

**Wayne Chesterfield**
    *Pro se,*

*Smith v. All Persons Claiming a Present or Future Interest, et al.*
*Civil No. 2011-41*
*Order*
*Page 3*

**Monique Francois**
   *Pro se,*

**Pedrito Francois**
   *Pro se,*

**Joseph Palminteri**
   *Pro se,*

**W. Mark Hillsman, Esq.**
Law Offices of Norman P. Jones, P.C.
St. Thomas, U.S.V.I.
   *For Carrie Glenn; Lori Jane Snack; William B. Poppelton; Lorraine A. Poppelton; Maria K. Sturaitis; Charles M. Purdue; Monica Purdue; Salt Pond Vista, LLC; Heinz G. Fisher; Linda G. Burdet, Trustee of the Heinz G. Fisher; Safia B. Durante; Donald Durante,*

**Marc Kave**
   *Pro se,*

**Emily J. Bratton**
   *Pro se,*

**Rick Hathaway**
   *Pro se,*

**Rene A. Servant**
   *Pro se,*

**Marie Therese Servant**
   *Pro se,*

**Brian K. Walden**
   *Pro se,*

**John H. Benham, III, Esq.**
Watts, Benham & Sprehn, P.C.
St. Thomas, U.S.V.I.
   *For Stanley Selengut,*

**Mark D. Hodge, Esq.**
Hodge & Francois
St. Thomas, U.S.V.I.
   *For Kevin M. Walsh and Treasure View LLC,*

*Smith v. All Persons Claiming a Present or Future Interest, et al.*
*Civil No. 2011-41*
*Order*
*Page 4*

**Scott E. Wilmoski**
    *Pro se,*

**Jozef Nemeth**
    *Pro se,*

**Nancy Nemeth**
    *Pro se defendant.*

**Fred S. Patterson**
    *Pro se,*

**Margaret D. Patterson**
    *Pro se defendant.*

**John R. Perqulizzi**
    *Pro se,*

**Terryhill Enterprises, II**
    *Pro se,*

**Missouri LLC**
    *Pro se,*

**Craig E. Mitchell**
    *Pro se,*

**Michael E. Fitzsimmons, Esq.**
Stryker, Duensing, Casner & Dollison
St. Thomas, U.S.V.I.
    *For Alan Martin Kaufman,*

**Ann McCrave**
    *Pro se,*

**Jeffrey J. McCrave**
    *Pro se,*

**William R. Kincer**
    *Pro se,*

**Susan B. Kincer**
    *Pro se,*
**Susan Greer Littlefield**
    *Pro se,*

**Kurt Shore**
    *Pro se,*
**Suzanne L. Shore**
    *Pro se,*

**Dorothy Janosko (also known as "Dorothy K. Janoko")**
    *Pro se.*

## ORDER

**GÓMEZ, J.**

Before the Court is the motion of the United States to strike the amended complaint docketed at ECF No. 508.

On August 1, 2016, the Court dismissed the plaintiff's claims against the United States. At the same time, the Court granted the plaintiff, Ida Smith ("Smith"), leave to amend her claims against the United States by August 8, 2016. On August 8, 2016, Smith filed an amended complaint. Thereafter, the United States filed the instant motion to strike Smith's amended complaint for failure to comply with the Local Rules of Civil Procedure.

Local Rule of Civil Procedure 15.1 provides that:

> A party who moves to amend a pleading shall file the amendment with the motion. Except as otherwise ordered by the Court, any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must reproduce the entire pleading as amended *specifically delineating the changes or additions* and may not incorporate any prior pleading by reference. A proffered amended pleading must note prominently on the first page the numbered amendment it represents; i.e., 1st, 2nd, 3rd amendment, etc.

*Smith v. All Persons Claiming a Present or Future Interest, et al.*
*Civil No. 2011-41*
*Order*
*Page 6*

LRCi 15.1 (emphasis supplied).[1] Smith's amended complaint does not specifically delineate the changes to her complaint. Therefore, it is not in compliance with Local Rule of civil Procedure 15.1.

    The premises considered, it is hereby

    **ORDERED** that the motion to strike is **GRANTED**; it is further

    **ORDERED** that the amended complaint docketed at ECF No. 508 is **STRICKEN**; and it is further

    **ORDERED** that by no later than 3:00 P.M. on Thursday, August 18, 2016, Ida Smith may file an amended complaint that complies with Local Rule of Civil Procedure 15.1. Failure to do so may result in the dismissal of her claims against the United States with prejudice.

                                                S\_____
                                                **CURTIS V. GÓMEZ**
                                                **District Judge**

---

[1] Changes or additions are generally delineated using the "red-line" option in word-processing programs.