```
                   DISTRICT COURT OF THE VIRGIN ISLANDS
                    DIVISION OF ST. THOMAS AND ST. JOHN

IDA SMITH,                                  )
                                            )
              Plaintiff,                    )
                                            )
         v.                                 )
                                            )
ALL PERSONS CLAIMING A PRESENT OR           )
FUTURE INTEREST IN ESTATE 13,               )
FRIIS, LINDA V. SMITH-FRANCIS,              )
WILLIAM E. SMITH, ELOISE V. SMITH-          )
HENDRICKS, BAB FRIISENO. 1, PAUL            )
HOFFMAN, JANE HOFFMAN-WALKER,               )
ELEANOR ADAMS HOFFMAN, MAXWELL              )
ADAMS HOFFMAN, GLORIA FRANCOIS              )
MCGOWAN, DAVID A. BORNN AS TRUSTEE          )
TO THE GAF TRUST ESTATE 14 JOHN'S           )
FOLLY EXCLUDING ALL HEIRS AT LAW,           )      Civil No. 2011-41
ESTATE 15 CONCORDIA A, CORAL BAY            )
QUARTER, ST JOHN UNITED STATES              )
VIRGIN ISLANDS, NATIONAL PARK               )
SERVICE, LAND RESOURCES DIVISION,           )
DEPARTMENT OF INTERIOR, THE UNITED          )
STATES OF AMERICA, STANLEY                  )
SELENGUT, WILLIAM B. POPPELTON,             )
LORRAINE A. POPPELTON, KEVIN M.             )
WALSH, MARIA K. STURATIS, SCOTT E.          )
WILMOSKI, CHARLES M. PERDUE,                )
MONICA PERDUE, JOZSEF NEMETH,               )
NANCY NEMETH, FRED S. PATTERSON,            )
MARGARET D. PATTERSON, JOHN R.              )
PERGOLIZZI, TREASURE VIEW LLC,              )
GEORGE PILLORGE, DEBORAH PILLORGE,          )
SCOTT L. HARTSHORN, CLAUDETTE C.            )
HARTSHORN, HEINZ G. FISHER, LINDA           )
G. BURDET TRUSTEES OF THE HEINZ G.          )
FISHER TRUST, DONALD DURANTE,               )
SAFIA B. DURANTE, CRAIG E.                  )
MITCHELL, ALAN MARTIN KAUFMAN,              )
RACHELLE KAUFMAN, JEFFREY J.                )
McCRAVE, ANN McCRAVE, DOROTHY K.            )
JANOSKO, WILLIAM R. KINCER, SUSAN           )
B. KINCER, SUSAN GREER                      )
LITTLEFIELD, WAYNE CHESTERFIELD,            )
MONIQUE FRANCOIS, PEDRITO                   )
```

*Smith v. All Persons Claiming a Present or Future Interest, et al.*
Civil No. 2011-41
Judgment
Page 2

```
FRANCOIS, SALT POND VISTA LLC,        )
V.I. JOSEPH PALMINTERI, CARRIE        )
GLENN, MARC KAVE, EMILY J.            )
BRATTON, RICK HATHAWAY, RENE A.       )
SERVANT aka RENE H. SERVANT, MARIE    )
THERESE L. SERVANT, LORI JANE         )
SNACK, BRIAN K. WALDEN,               )
MINISTER ISHMAEL R. MUHAMMED,         )
MICHAEL CARPER, REUBEN WHEATLEY,      )
et al.,                               )
                    Defendants.       )
                                      )
```

**APPEARANCES:**

**Ida Smith**
New York, NY
    *Pro se plaintiff,*

**Ronald W. Sharpe, USA**
**Jason Cohen, AUSA**
St. Thomas, VI
    *For the United States National Park Service,*

**Maria Tankenson Hodge, Esq.**
Hodge & Francois
St. Thomas, U.S.V.I.
    *For Paul Hoffman; Jane Hoffman-Walker; and David A. Bornn,*
    *Trustee of the GAF Trust,*

**Rafael F. Muilenburg, Esq.**
Morrisette & Muilenburg
St. John, U.S.V.I.
    *For William E. Smith; Eloise V. Smith; Deborah Pillorge;*
    *Claudette C. Hartshorn; Scott L. Hartshorn; Linda V. Smith-*
    *Francis; and George Pillorge,*

**Gloria McGowan**
    *Pro se,*

**Wayne Chesterfield**
    *Pro se,*

*Smith v. All Persons Claiming a Present or Future Interest, et al.*
Civil No. 2011-41
Judgment
Page 3

**Monique Francois**
    *Pro se,*

**Pedrito Francois**
    *Pro se,*

**Joseph Palminteri**
    *Pro se,*

**W. Mark Hillsman, Esq.**
Law Offices of Norman P. Jones, P.C.
St. Thomas, U.S.V.I.
    *For Carrie Glenn; Lori Jane Snack; William B. Poppelton; Lorraine A. Poppelton; Maria K. Sturaitis; Charles M. Purdue; Monica Purdue; Salt Pond Vista, LLC; Heinz G. Fisher; Linda G. Burdet, Trustee of the Heinz G. Fisher; Safia B. Durante; Donald Durante,*

**Marc Kave**
    *Pro se,*

**Emily J. Bratton**
    *Pro se,*

**Rick Hathaway**
    *Pro se,*

**Rene A. Servant**
    *Pro se,*

**Marie Therese Servant**
    *Pro se,*

**Brian K. Walden**
    *Pro se,*

**John H. Benham, III, Esq.**
Watts, Benham & Sprehn, P.C.
St. Thomas, U.S.V.I.
    *For Stanley Selengut,*

**Mark D. Hodge, Esq.**
Hodge & Francois
St. Thomas, U.S.V.I.
    *For Kevin M. Walsh and Treasure View LLC,*

*Smith v. All Persons Claiming a Present or Future Interest, et al.*
Civil No. 2011-41
Judgment
Page 4

**Scott E. Wilmoski**
    *Pro se,*

**Jozef Nemeth**
    *Pro se,*

**Nancy Nemeth**
    *Pro se defendant.*

**Fred S. Patterson**
    *Pro se,*

**Margaret D. Patterson**
    *Pro se defendant.*

**John R. Perqulizzi**
    *Pro se,*

**Terryhill Enterprises, II**
    *Pro se,*

**Missouri LLC**
    *Pro se,*

**Craig E. Mitchell**
    *Pro se,*

**Michael E. Fitzsimmons, Esq.**
Stryker, Duensing, Casner & Dollison
St. Thomas, U.S.V.I.
    *For Alan Martin Kaufman,*

**Ann McCrave**
    *Pro se,*

**Jeffrey J. McCrave**
    *Pro se,*

**William R. Kincer**
    *Pro se,*

**Susan B. Kincer**
    *Pro se,*

**Susan Greer Littlefield**
   *Pro se,*

**Kurt Shore**
   *Pro se,*

**Suzanne L. Shore**
   *Pro se,*

**Dorothy Janosko (also known as "Dorothy K. Janoko")**
   *Pro se.*

## JUDGMENT

**GÓMEZ, J.**

   Before the Court are three motions to dismiss for failure to effectuate timely service. The first motion was filed by Treasure View, LLC, and Kevin Walsh. The second motion was filed by Salt Pond Vista, LLC; Carrie Glenn; Lori Jane Snack; William Poppelton; Lorraine A. Poppelton; Charles M. Perdue and Monica Perdue; Heinz G. Fischer and Linda G. Burdet, Trustees of the Heinz G. Fischer Family Trust; Maria K. Struraitis; Donald Durante; and Safia B. Durante. The third motion was filed by Stanley Selengut. The several defendants are referred to herein collectively as the "Dismissal Movants."

   For the reasons articulated in the Memorandum Opinion of even date, it is hereby

*Smith v. All Persons Claiming a Present or Future Interest, et al.*
Civil No. 2011-41
Judgment
Page 6

    **ORDERED** that the Dismissal Movants' motions to dismiss docketed at ECF Docket Numbers 439, 449, and 490 are **GRANTED**; it is further;

    **ORDERED** that Smith's claims against the Dismissal Movants are **DISMISSED**; it is further

    **ORDERED** that the motion to strike docketed at ECF Number 458 is **MOOT**; it is further

    **ORDERED** that the motion for clarification docked at ECF Number 458 is **MOOT**; it is further

    **ORDERED** that the motion for action on personal jurisdiction docketed at ECF Number 481 is **MOOT**; and it is further

    **ORDERED** that the motion to stay docketed at ECF Number 482 is **MOOT**.

                                                   S\_____
                                                      **Curtis V. Gómez**
                                                      **District Judge**