```
              DISTRICT COURT OF THE VIRGIN ISLANDS
                 DIVISION OF ST. THOMAS AND ST. JOHN
```

| | |
|---|---|
| IDA SMITH,                                          )<br>                                                     )<br>          Plaintiff,                                )<br>                                                     )<br>          v.                                        )<br>                                                     )<br>ALL PERSONS CLAIMING A PRESENT OR                    )<br>FUTURE INTEREST IN ESTATE 13,                        )<br>FRIIS, LINDA V. SMITH-FRANCIS,                       )<br>WILLIAM E. SMITH, ELOISE V. SMITH-                   )<br>HENDRICKS, BAB FRIIS NO. 1, PAUL                     )<br>HOFFMAN, JANE HOFFMAN-WALKER,                        )<br>ELEANOR ADAMS HOFFMAN, MAXWELL                       )<br>ADAMS HOFFMAN, GLORIA FRANCOIS                       )<br>MCGOWAN, DAVID A. BORNN AS TRUSTEE                   )<br>TO THE GAF TRUST ESTATE 14 JOHN'S                    )<br>FOLLY EXCLUDING ALL HEIRS AT LAW,                    )<br>ESTATE 15 CONCORDIA A, CORAL BAY                     )<br>QUARTER, ST JOHN UNITED STATES                       )<br>VIRGIN ISLANDS, NATIONAL PARK                        )<br>SERVICE, LAND RESOURCES DIVISION,                    )<br>DEPARTMENT OF INTERIOR, THE UNITED                   )<br>STATES OF AMERICA, STANLEY                           )<br>SELENGUT, WILLIAM B. POPPELTON,                      )<br>LORRAINE A. POPPELTON, KEVIN M.                      )<br>WALSH, MARIA K. STURATIS, SCOTT E.                   )<br>WILMOSKI, CHARLES M. PERDUE,                         )<br>MONICA PERDUE, JOZSEF NEMETH,                        )<br>NANCY NEMETH, FRED S. PATTERSON,                     )<br>MARGARET D. PATTERSON, JOHN R.                       )<br>PERGOLIZZI, TREASURE VIEW LLC,                       )<br>GEORGE PILLORGE, DEBORAH PILLORGE,                   )<br>SCOTT L. HARTSHORN, CLAUDETTE C.                     )<br>HARTSHORN, HEINZ G. FISHER, LINDA                    )<br>G. BURDET TRUSTEES OF THE HEINZ G.                   )<br>FISHER TRUST, DONALD DURANTE,                        )<br>SAFIA B. DURANTE, CRAIG E.                           )<br>MITCHELL, ALAN MARTIN KAUFMAN,                       )<br>RACHELLE KAUFMAN, JEFFREY J.                         )<br>McCRAVE, ANN McCRAVE, DOROTHY K.                     )<br>JANOSKO, WILLIAM R. KINCER, SUSAN                    )<br>B. KINCER, SUSAN GREER                               )<br>LITTLEFIELD, WAYNE CHESTERFIELD,                     )<br>MONIQUE FRANCOIS, PEDRITO                            ) | Civil No. 2011-41 |

*Smith v. All Persons Claiming a Present or Future Interest, et al.*
*Civil No. 2011-41*
*Order*
*Page 2*

```
FRANCOIS, SALT POND VISTA LLC,        )
V.I. JOSEPH PALMINTERI, CARRIE        )
GLENN, MARC KAVE, EMILY J.            )
BRATTON, RICK HATHAWAY, RENE A.       )
SERVANT aka RENE H. SERVANT, MARIE    )
THERESE L. SERVANT, LORI JANE         )
SNACK, BRIAN K. WALDEN,               )
MINISTER ISHMAEL R. MUHAMMED,         )
MICHAEL CARPER, REUBEN WHEATLEY,      )
et al.,                               )
                Defendants.           )
                                      )
```

**APPEARANCES:**

**Ida Smith**
New York, NY
    *Pro se plaintiff,*

**Ronald W. Sharpe, USA**
**Jason Cohen, AUSA**
St. Thomas, VI
    *For the United States National Park Service,*

**Maria Tankenson Hodge, Esq.**
Hodge & Francois
St. Thomas, U.S.V.I.
    *For Paul Hoffman; Jane Hoffman Walker; and David A. Bornn, Trustee of the GAF Trust,*

**Rafael F. Muilenburg, Esq.**
Morrisette & Muilenburg
St. John, U.S.V.I.
    *For William E. Smith; Eloise V. Smith; Deborah Pillorge; Claudette C. Hartshorn; Scott L. Hartshorn; Linda V. Smith-Francis; and George Pillorge,*

**Gloria McGowan**
    *Pro se,*

**Wayne Chesterfield**
    *Pro se,*

*Smith v. All Persons Claiming a Present or Future Interest, et al.*
*Civil No. 2011-41*
*Order*
*Page 3*

**Monique Francois**
    *Pro se,*

**Pedrito Francois**
    *Pro se,*

**Joseph Palminteri**
    *Pro se,*

**W. Mark Hillsman, Esq.**
Law Offices of Norman P. Jones, P.C.
St. Thomas, U.S.V.I.
    *For Carrie Glenn; Lori Jane Snack; William B. Poppelton; Lorraine A. Poppelton; Maria K. Sturaitis; Charles M. Purdue; Monica Purdue; Salt Pond Vista, LLC; Heinz G. Fisher; Linda G. Burdet, Trustee of the Heinz G. Fisher; Safia B. Durante; Donald Durante,*

**Marc Kave**
    *Pro se,*

**Emily J. Bratton**
    *Pro se,*

**Rick Hathaway**
    *Pro se,*

**Rene A. Servant**
    *Pro se,*

**Marie Therese Servant**
    *Pro se,*

**Brian K. Walden**
    *Pro se,*

**John H. Benham, III, Esq.**
Watts, Benham & Sprehn, P.C.
St. Thomas, U.S.V.I.
    *For Stanley Selengut,*

**Mark D. Hodge, Esq.**
Hodge & Francois
St. Thomas, U.S.V.I.
    *For Kevin M. Walsh and Treasure View LLC,*

*Smith v. All Persons Claiming a Present or Future Interest, et al.*
*Civil No. 2011-41*
*Order*
*Page 4*

**Scott E. Wilmoski**
    *Pro se,*

**Jozef Nemeth**
    *Pro se,*

**Nancy Nemeth**
    *Pro se defendant.*

**Fred S. Patterson**
    *Pro se,*

**Margaret D. Patterson**
    *Pro se defendant.*

**John R. Perqulizzi**
    *Pro se,*

**Terryhill Enterprises, II**
    *Pro se,*

**Missouri LLC**
    *Pro se,*

**Craig E. Mitchell**
    *Pro se,*

**Michael E. Fitzsimmons, Esq.**
Stryker, Duensing, Casner & Dollison
St. Thomas, U.S.V.I.
    *For Alan Martin Kaufman,*

**Ann McCrave**
    *Pro se,*

**Jeffrey J. McCrave**
    *Pro se,*

**William R. Kincer**
    *Pro se,*

**Susan B. Kincer**
    *Pro se,*

*Smith v. All Persons Claiming a Present or Future Interest, et al.*
*Civil No. 2011-41*
*Order*
*Page 5*

**Susan Greer Littlefield**
    *Pro se,*

**Kurt Shore**
    *Pro se,*
**Suzanne L. Shore**
    *Pro se,*

**Dorothy Janosko (also known as "Dorothy K. Janoko")**
    *Pro se.*

## ORDER

**GÓMEZ, J.**

Before the Court is the Report and Recommendation of the Magistrate Judge recommending that the Court deny Ida Smith's motion for sanctions against Mark Hodge.

Upon de novo review of the record, the Court agrees with the Magistrate's Report and Recommendations.

The premises considered, it is hereby

**ORDERED** that the Report and Recommendation of the Magistrate Judge docketed at ECF Number 591 is **ADOPTED**; and it is further

**ORDERED** that Ida Smith's motion for sanctions against Mark Hodge docketed at ECF Number 467 is **DENIED.**

                                              S\_____
                                              **CURTIS V. GÓMEZ**
                                              **District Judge**