```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                  DIVISION OF ST. THOMAS AND ST. JOHN

IDA SMITH,                               )
                                         )
               Plaintiff,                )
                                         )
          v.                             )
                                         )
ALL PERSONS CLAIMING A PRESENT OR        )
FUTURE INTEREST IN ESTATE 13,            )
FRIIS, LINDA V. SMITH-FRANCIS,           )
WILLIAM E. SMITH, ELOISE V. SMITH-       )
HENDRICKS, BAB FRIIS NO. 1, PAUL         )
HOFFMAN, JANE HOFFMAN-WALKER,            )
ELEANOR ADAMS HOFFMAN, MAXWELL           )
ADAMS HOFFMAN, GLORIA FRANCOIS           )
MCGOWAN, DAVID A. BORNN AS TRUSTEE       )
TO THE GAF TRUST ESTATE 14 JOHN'S        )
FOLLY EXCLUDING ALL HEIRS AT LAW,        )    Civil No. 2011-41
ESTATE 15 CONCORDIA A, CORAL BAY         )
QUARTER, ST JOHN UNITED STATES           )
VIRGIN ISLANDS, NATIONAL PARK            )
SERVICE, LAND RESOURCES DIVISION,        )
DEPARTMENT OF INTERIOR, THE UNITED       )
STATES OF AMERICA, STANLEY               )
SELENGUT, WILLIAM B. POPPELTON,          )
LORRAINE A. POPPELTON, KEVIN M.          )
WALSH, MARIA K. STURATIS, SCOTT E.       )
WILMOSKI, CHARLES M. PERDUE,             )
MONICA PERDUE, JOZSEF NEMETH,            )
NANCY NEMETH, FRED S. PATTERSON,         )
MARGARET D. PATTERSON, JOHN R.           )
PERGOLIZZI, TREASURE VIEW LLC,           )
GEORGE PILLORGE, DEBORAH PILLORGE,       )
SCOTT L. HARTSHORN, CLAUDETTE C.         )
HARTSHORN, HEINZ G. FISHER, LINDA        )
G. BURDET TRUSTEES OF THE HEINZ G.       )
FISHER TRUST, DONALD DURANTE,            )
SAFIA B. DURANTE, CRAIG E.               )
MITCHELL, ALAN MARTIN KAUFMAN,           )
RACHELLE KAUFMAN, JEFFREY J.             )
McCRAVE, ANN McCRAVE, DOROTHY K.         )
JANOSKO, WILLIAM R. KINCER, SUSAN        )
B. KINCER, SUSAN GREER                   )
LITTLEFIELD, WAYNE CHESTERFIELD,         )
MONIQUE FRANCOIS, PEDRITO                )
```

*Smith v. All Persons Claiming a Present or Future Interest, et al.*
*Civil No. 2011-41*
*Order*
*Page 2*

```
FRANCOIS, SALT POND VISTA LLC,        )
V.I. JOSEPH PALMINTERI, CARRIE        )
GLENN, MARC KAVE, EMILY J.            )
BRATTON, RICK HATHAWAY, RENE A.       )
SERVANT aka RENE H. SERVANT, MARIE    )
THERESE L. SERVANT, LORI JANE         )
SNACK, BRIAN K. WALDEN,               )
MINISTER ISHMAEL R. MUHAMMED,         )
MICHAEL CARPER, REUBEN WHEATLEY,      )
et al.,                               )
                    Defendants.       )
                                      )
```

**APPEARANCES:**

**Ida Smith**
New York, NY
    *Pro se plaintiff,*

**Ronald W. Sharpe, USA**
**Jason Cohen, AUSA**
St. Thomas, VI
    *For the United States National Park Service,*

**Maria Tankenson Hodge, Esq.**
Hodge & Francois
St. Thomas, U.S.V.I.
    *For Paul Hoffman; Jane Hoffman Walker; and David A. Bornn,*
    *Trustee of the GAF Trust,*

**Rafael F. Muilenburg, Esq.**
Morrisette & Muilenburg
St. John, U.S.V.I.
    *For William E. Smith; Eloise V. Smith; Deborah Pillorge;*
    *Claudette C. Hartshorn; Scott L. Hartshorn; Linda V. Smith-*
    *Francis; and George Pillorge,*

**Gloria McGowan**
    *Pro se,*

**Wayne Chesterfield**
    *Pro se,*

*Smith v. All Persons Claiming a Present or Future Interest, et al.*
*Civil No. 2011-41*
*Order*
*Page 3*

**Monique Francois**
    *Pro se,*

**Pedrito Francois**
    *Pro se,*

**Joseph Palminteri**
    *Pro se,*

**W. Mark Hillsman, Esq.**
Law Offices of Norman P. Jones, P.C.
St. Thomas, U.S.V.I.
    *For Carrie Glenn; Lori Jane Snack; William B. Poppelton; Lorraine A. Poppelton; Maria K. Sturaitis; Charles M. Purdue; Monica Purdue; Salt Pond Vista, LLC; Heinz G. Fisher; Linda G. Burdet, Trustee of the Heinz G. Fisher; Safia B. Durante; Donald Durante,*

**Marc Kave**
    *Pro se,*

**Emily J. Bratton**
    *Pro se,*

**Rick Hathaway**
    *Pro se,*

**Rene A. Servant**
    *Pro se,*

**Marie Therese Servant**
    *Pro se,*

**Brian K. Walden**
    *Pro se,*

**John H. Benham, III, Esq.**
Watts, Benham & Sprehn, P.C.
St. Thomas, U.S.V.I.
    *For Stanley Selengut,*

**Mark D. Hodge, Esq.**
Hodge & Francois
St. Thomas, U.S.V.I.
    *For Kevin M. Walsh and Treasure View LLC,*

*Smith v. All Persons Claiming a Present or Future Interest, et al.*
*Civil No. 2011-41*
*Order*
*Page 4*

**Scott E. Wilmoski**
   *Pro se,*

**Jozef Nemeth**
   *Pro se,*

**Nancy Nemeth**
   *Pro se defendant.*

**Fred S. Patterson**
   *Pro se,*

**Margaret D. Patterson**
   *Pro se defendant.*

**John R. Perqulizzi**
   *Pro se,*

**Terryhill Enterprises, II**
   *Pro se,*

**Missouri LLC**
   *Pro se,*

**Craig E. Mitchell**
   *Pro se,*

**Michael E. Fitzsimmons, Esq.**
Stryker, Duensing, Casner & Dollison
St. Thomas, U.S.V.I.
   *For Alan Martin Kaufman,*

**Ann McCrave**
   *Pro se,*

**Jeffrey J. McCrave**
   *Pro se,*

**William R. Kincer**
   *Pro se,*

**Susan B. Kincer**
   *Pro se,*

**Susan Greer Littlefield**
*Pro se,*

**Kurt Shore**
*Pro se,*
**Suzanne L. Shore**
*Pro se,*

**Dorothy Janosko (also known as "Dorothy K. Janoko")**
*Pro se.*

## ORDER

**GÓMEZ, J.**

Before the Court is the Report and Recommendation of the Magistrate Judge recommending that the Court grant the motion of Paul Hoffman, Jane Hoffman Walker, and David A. Bornn as Trustee of the GAF Trust (the "Friis Defendants") for a finding of contempt and sanctions against Ida Smith.

Upon de novo review of the record, the Court agrees with the Magistrate's Report and Recommendations.

The premises considered, it is hereby

**ORDERED** that the Report and Recommendation of the Magistrate Judge docketed at ECF Number 592 is **ADOPTED** in part and **MODIFIED** in part; and it is further

**ORDERED** that the motion of the Friis Defendants docketed at ECF Number 465, insofar as it seeks sanctions against Ida Smith

under Federal Rule of Civil Procedure 11, is **DENIED**; it is further

**ORDERED** that the motion of the Friis Defendants docketed at ECF Number 465, insofar as it seeks a finding of contempt against Ida Smith under Federal Rule of Civil Procedure 70, is **GRANTED**; it is further

**ORDERED** that Ida Smith shall cause the *lis pendens* filed on October 18, 2011, to be removed from the public records maintained by the Recorder of Deeds; it is further

**ORDERED** that, no later than April 30, 2017, Ida Smith shall submit on the docket certified proof obtained from the Recorder of Deeds that the October 18, 2011, *lis pendens* was removed from the public record; it is further

**ORDERED** that Ida Smith shall cause the *lis pendens* filed on January 8, 2016, to be either (1) removed from the public record of the Recorder of Deeds; or (2) revised to reflect that it does not bear on the Friis Defendants' property; it is further

**ORDERED** that, no later than April 30, 2017, Ida Smith shall submit on the docket certified proof obtained from the Recorder of Deeds that the January 8, 2016, *lis pendens* was either (1) removed from the public record; or (2) does not bear on the Friis Defendants' property; and it is further

*Smith v. All Persons Claiming a Present or Future Interest, et al.*
*Civil No. 2011-41*
*Order*
*Page 7*

**ORDERED** that Ida Smith shall not file further *lis pendens* against the real property at Parcel No. 1 Estate Friis, St. John, United States Virgin Islands without advance leave of the Court.

                                                              S\_____
                                                          **CURTIS V. GÓMEZ**
                                                          **District Judge**