```
                    DISTRICT COURT OF THE VIRGIN ISLANDS
                       DIVISION OF ST. THOMAS AND ST. JOHN

IDA SMITH,                                  )
                                            )
            Plaintiff,                      )
                                            )
       v.                                   )
                                            )
ALL PERSONS CLAIMING A PRESENT OR           )
FUTURE INTEREST IN ESTATE 13,               )
FRIIS, LINDA V. SMITH-FRANCIS,              )
WILLIAM E. SMITH, ELOISE V. SMITH-          )
HENDRICKS, BAB FRIISENO. 1, PAUL            )
HOFFMAN, JANE HOFFMAN-WALKER,               )
ELEANOR ADAMS HOFFMAN, MAXWELL              )
ADAMS HOFFMAN, GLORIA FRANCOIS              )
MCGOWAN, DAVID A. BORNN AS TRUSTEE          )
TO THE GAF TRUST ESTATE 14 JOHN'S           )
FOLLY EXCLUDING ALL HEIRS AT LAW,           )       Civil No. 2011-41
ESTATE 15 CONCORDIA A, CORAL BAY            )
QUARTER, ST JOHN UNITED STATES              )
VIRGIN ISLANDS, NATIONAL PARK               )
SERVICE, LAND RESOURCES DIVISION,           )
DEPARTMENT OF INTERIOR, THE UNITED          )
STATES OF AMERICA, STANLEY                  )
SELENGUT, WILLIAM B. POPPELTON,             )
LORRAINE A. POPPELTON, KEVIN M.             )
WALSH, MARIA K. STURATIS, SCOTT E.          )
WILMOSKI, CHARLES M. PERDUE,                )
MONICA PERDUE, JOZSEF NEMETH,               )
NANCY NEMETH, FRED S. PATTERSON,            )
MARGARET D. PATTERSON, JOHN R.              )
PERGOLIZZI, TREASURE VIEW LLC,              )
GEORGE PILLORGE, DEBORAH PILLORGE,          )
SCOTT L. HARTSHORN, CLAUDETTE C.            )
HARTSHORN, HEINZ G. FISHER, LINDA           )
G. BURDET TRUSTEES OF THE HEINZ G.          )
FISHER TRUST, DONALD DURANTE,               )
SAFIA B. DURANTE, CRAIG E.                  )
MITCHELL, ALAN MARTIN KAUFMAN,              )
RACHELLE KAUFMAN, JEFFREY J.                )
McCRAVE, ANN McCRAVE, DOROTHY K.            )
JANOSKO, WILLIAM R. KINCER, SUSAN           )
B. KINCER, SUSAN GREER                      )
LITTLEFIELD, WAYNE CHESTERFIELD,            )
MONIQUE FRANCOIS, PEDRITO                   )
```

*Smith v. All Persons Claiming a Present or Future Interest, et al.*
Civil No. 2011-41
Judgment
Page 2

| | |
|---|---|
| **FRANCOIS, SALT POND VISTA LLC,** | ) |
| **V.I. JOSEPH PALMINTERI, CARRIE** | ) |
| **GLENN, MARC KAVE, EMILY J.** | ) |
| **BRATTON, RICK HATHAWAY, RENE A.** | ) |
| **SERVANT aka RENE H. SERVANT, MARIE** | ) |
| **THERESE L. SERVANT, LORI JANE** | ) |
| **SNACK, BRIAN K. WALDEN,** | ) |
| **MINISTER ISHMAEL R. MUHAMMED,** | ) |
| **MICHAEL CARPER, REUBEN WHEATLEY,** | ) |
| **et al.,** | ) |
| Defendants. | ) |
| | ) |

**APPEARANCES:**

**Ida Smith**
New York, NY
    *Pro se plaintiff,*

**Ronald W. Sharpe, USA**
**Jason Cohen, AUSA**
St. Thomas, VI
    *For the United States National Park Service,*

**Maria Tankenson Hodge, Esq.**
Hodge & Francois
St. Thomas, U.S.V.I.
    *For Paul Hoffman; Jane Hoffman-Walker; and David A. Bornn, Trustee of the GAF Trust,*

**Rafael F. Muilenburg, Esq.**
Morrisette & Muilenburg
St. John, U.S.V.I.
    *For William E. Smith; Eloise V. Smith; Deborah Pillorge; Claudette C. Hartshorn; Scott L. Hartshorn; Linda V. Smith-Francis; and George Pillorge,*

**Gloria McGowan**
    *Pro se,*

**Wayne Chesterfield**
    *Pro se,*

*Smith v. All Persons Claiming a Present or Future Interest, et al.*
Civil No. 2011-41
Judgment
Page 3

**Monique Francois**
*Pro se,*

**Pedrito Francois**
*Pro se,*

**Joseph Palminteri**
*Pro se,*

**W. Mark Hillsman, Esq.**
Law Offices of Norman P. Jones, P.C.
St. Thomas, U.S.V.I.
*For Carrie Glenn; Lori Jane Snack; William B. Poppelton; Lorraine A. Poppelton; Maria K. Sturaitis; Charles M. Purdue; Monica Purdue; Salt Pond Vista, LLC; Heinz G. Fisher; Linda G. Burdet, Trustee of the Heinz G. Fisher; Safia B. Durante; Donald Durante,*

**Marc Kave**
*Pro se,*

**Emily J. Bratton**
*Pro se,*

**Rick Hathaway**
*Pro se,*

**Rene A. Servant**
*Pro se,*

**Marie Therese Servant**
*Pro se,*

**Brian K. Walden**
*Pro se,*

**John H. Benham, III, Esq.**
Watts, Benham & Sprehn, P.C.
St. Thomas, U.S.V.I.
*For Stanley Selengut,*

**Mark D. Hodge, Esq.**
Hodge & Francois
St. Thomas, U.S.V.I.
*For Kevin M. Walsh and Treasure View LLC,*

*Smith v. All Persons Claiming a Present or Future Interest, et al.*
Civil No. 2011-41
Judgment
Page 4

**Scott E. Wilmoski**
    *Pro se,*

**Jozef Nemeth**
    *Pro se,*

**Nancy Nemeth**
    *Pro se defendant.*

**Fred S. Patterson**
    *Pro se,*

**Margaret D. Patterson**
    *Pro se defendant.*

**John R. Perqulizzi**
    *Pro se,*

**Terryhill Enterprises, II**
    *Pro se,*

**Missouri LLC**
    *Pro se,*

**Craig E. Mitchell**
    *Pro se,*

**Michael E. Fitzsimmons, Esq.**
Stryker, Duensing, Casner & Dollison
St. Thomas, U.S.V.I.
    *For Alan Martin Kaufman,*

**Ann McCrave**
    *Pro se,*

**Jeffrey J. McCrave**
    *Pro se,*

**William R. Kincer**
    *Pro se,*

**Susan B. Kincer**
    *Pro se,*

**Susan Greer Littlefield**
    *Pro se,*

**Kurt Shore**
    *Pro se,*

**Suzanne L. Shore**
    *Pro se,*

**Dorothy Janosko (also known as "Dorothy K. Janoko")**
    *Pro se.*

## JUDGMENT

**GÓMEZ, J.**

    Before the Court is (1) the second amended complaint filed by Ida Smith; and (2) the cross-claim of Wayne Chesterfield.

    For the reasons articulated in the Memorandum Opinion of even date, it is hereby

    **ORDERED** that Ida Smith's Second Amended Complaint is **DISMISSED**; it is further;

    **ORDERED** that Wayne Chesterfield's cross-claim is **DISMISSED**; it is further

    **ORDERED** that this case is **DISMISSED**; it is further

    **ORDERED** that the trial setting in this matter is **VACATED**; it is further

*Smith v. All Persons Claiming a Present or Future Interest, et al.*
Civil No. 2011-41
Judgment
Page 6

**ORDERED** that all pending motions are **MOOT;** and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case.

S_____
**Curtis V. Gómez**
**District Judge**